United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 18-7188 | September Term, 2019 |
| | 1:18-cv-01425-RCL |
| | Filed On: March 6, 2020 [1832267] |

Strike 3 Holdings, LLC,

       Appellant

    v.

John Doe, subscriber assigned IP address 73.180.154.14,

       Appellee

**BEFORE:** Circuit Judges Millett and Rao, and Senior Circuit Judge Edwards

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on March 6, 2020 at 9:31 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

Lincoln D. Bandlow, counsel for Appellant.

Seth W. Lloyd (Court Appointed), counsel for Amicus Curiae in support of District Court's order.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

       BY:    /s/
                    Shana E. Thurman
                    Deputy Clerk